# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**TYRELL PLAIR,**

    **Petitioner,**

**v.**                                                  **Case No. 3:12cv237/LC/CJK**

**DREW,**

    **Respondent.**
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 15, 2013 (doc. 16). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). In response, Petitioner filed a Motion to Amend (doc. 17), which is construed to include his objections to the Report and Recommendation.

In his Motion to Amend, Petitioner again seeks to avoid the requirements pertaining to successive Section 2255 petitions through use of the "savings clause" by maintaining his actual innocence of his convicted charges. By Petitioner's own admission, however, he fails to meet the criteria for establishing a "savings clause" exemption. Therefore, his motion will be denied.

Having considered the Report and Recommendation and the construed objections, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The government's motion to dismiss (doc. 13) is **GRANTED**.

3. Petitioner's Motion to Amend (doc. 17) is **DENIED.**

4. The amended petition for writ of habeas corpus filed under 28 U.S.C. § 2241 (doc. 4) is **DISMISSED** with prejudice, as petitioner has not demonstrated entitlement to proceed under that section.

5. The Clerk is directed to close the file.

**ORDERED** on this 23rd day of September, 2013.

s/ *L.A. Collier*
Lacey A. Collier
Senior United States District Judge